STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2156    AND FILED ON    3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/5/2008__ at __7:34PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: ELMSFORD UNION FREE SCHOOL DISTRICT     (herein called recipient) therein named.

At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering to and leaving with PETER GIARRIZZO and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BROWN
Age 38   Height 5'10"
Weight 200    Other Features MOUSTACHE, BEARD, GLASSES

Sworn to before me on __3/7/2008__

_____

Joseph Vallone
Server's License#: 1100190

20/0

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 08CIV.2156 | AND FILED ON    3/4/2008 |

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/5/2008__ at __7:33PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES
Party Served (recipient): BETTY FUNNY-CROSBY, BOARD MEMBER    (herein called therein named.)

At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__  Color of Skin __BLACK__  Color of Hair __BLACK__
Age __50__  Height __5'6"__  Weight __165__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __3/7/2008__

_____    _____
                                 Joseph Vallone
                                 Server's License#: 1100190

20/6

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2156     AND FILED ON     3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  3/5/2008  at  3:32PM , deponent did serve the within process as follows:

Process Served:
Party Served: (herein called recipient)    SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES

CAROL FRANKS-RANDALL, SUPERINTENDENT    therein named.

At Location:    GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  **FM**   Color of Skin  **BLACK**   Color of Hair  **BROWN**
Age  **45**   Height  **5'4"**   Weight  **135**
Other Features  **GLASSES**

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on  3/7/2008

_____   _____
                             Joseph Vallone
                             Server's License#:  1100190

2 of 0

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2156        AND FILED ON        3/4/2008

MICHAEL SENNO                                                                Plaintiff(s)/Petitioner(s)

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/5/2008 at 7:31PM, deponent did serve the within process as follows:

Process Served:
Party Served:   SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES          (herein called
recipient)      MATTHEW R.C. EVANS, BOARD MEMBER                                                therein named.
At Location:    GRADY ELEMENTARY SCHOOL
                50 SOUTH GOODWIN AVENUE
                ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  BLACK    Color of Hair           BLACK
Age  30   Height  5'10"           Weight         190
          Other Features                         GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on  3/7/2008

_____            _____
                                           Joseph Vallone
                                           Server's License#:  1100190

2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2156    AND FILED ON    3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____3/5/2008_____ at _____7:30PM_____, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES
(recipient) DEBRA B. LAWRENCE, BOARD MEMBER (herein called therein named.

At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__    Color of Skin __WH__    Color of Hair __BLONDE__
Age __45__    Height __5'6"__    Weight __150__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on _____3/7/2008_____

Joseph Vallone
Server's License#: 1100190

2010