STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2156    AND FILED ON    3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) ss
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/5/2008 at 7:34PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: ELMSFORD UNION FREE SCHOOL DISTRICT (herein called recipient) therein named.

At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering to and leaving with PETER GIARRIZZO and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BROWN
Age 38    Height 5'10"
Weight 200    Other Features MOUSTACHE, BEARD, GLASSES

Sworn to before me on 3/7/2008

_____

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2156    AND FILED ON    3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/5/2008 at 7:33PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES
Party Served (recipient): BETTY FUNNY-CROSBY, BOARD MEMBER    (herein called therein named.)
At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  BLACK    Color of Hair    BLACK
Age  50    Height  5'6"    Weight    165
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on    3/7/2008

_____    _____
                              Joseph Vallone
                              Server's License#:    1100190

201C

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2156   AND FILED ON   3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/5/2008 at 3:32PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES (herein called recipient)
CAROL FRANKS-RANDALL, SUPERINTENDENT
therein named.
At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  BLACK   Color of Hair   BROWN
Age  45   Height  5'4"   Weight   135
Other Features   GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on 3/7/2008

Joseph Vallone
Server's License#: 1100190

2 0 / 0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2156  AND FILED ON  3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) 
COUNTY OF WESTCHESTER ) SS
 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/5/2008 at 7:31PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES  (herein called recipient)
MATTHEW R.C. EVANS, BOARD MEMBER  therein named.

At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  BLACK   Color of Hair  BLACK
Age  30   Height  5'10"   Weight  190
Other Features  GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 3/7/2008

Joseph Vallone
Server's License#: 1100190

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 08CIV.2156 | AND FILED ON 3/4/2008 |

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/5/2008__ at __7:30PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES
(recipient) DEBRA B. LAWRENCE, BOARD MEMBER    (herein called therein named.)

At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __WH__   Color of Hair __BLONDE__
Age __45__   Height __5'6"__   Weight __150__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __3/7/2008__

_____   Joseph Vallone
                            Server's License#: 1100190

2010