STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2156    AND FILED ON    3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/5/2008 at 7:34PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: ELMSFORD UNION FREE SCHOOL DISTRICT (herein called recipient) therein named.

At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering to and leaving with PETER GIARRIZZO and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BROWN
Age 38   Height 5'10"
Weight 200    Other Features MOUSTACHE, BEARD, GLASSES

Sworn to before me on 3/7/2008

_____

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2156       AND FILED ON        3/4/2008

MICHAEL SENNO

Vs.                                                                          Plaintiff(s)/Petitioner(s)

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

                                                                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                              )
                                                                ) SS
COUNTY OF WESTCHESTER                                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____3/5/2008_____ at _____7:33PM_____, deponent did serve the within process as follows:

Process Served:
Party Served:   SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES
(recipient)     BETTY FUNNY-CROSBY, BOARD MEMBER                       (herein called
                                                                       therein named.
At Location:    GRADY ELEMENTARY SCHOOL
                50 SOUTH GOODWIN AVENUE
                ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __FM__   Color of Skin  __BLACK__   Color of Hair   __BLACK__
Age  __50__   Height  __5'6"__   Weight   __165__
              Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on _____3/7/2008_____

_____                        _____
                                                 Joseph Vallone
                                                 Server's License#:  __1100190__

20/6

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.2156 | AND FILED ON | 3/4/2008 |

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/5/2008__ at __3:32PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES
Party Served (recipient): CAROL FRANKS-RANDALL, SUPERINTENDENT
At Location: GRADY ELEMENTARY SCHOOL
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

(herein called therein named.)

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __BLACK__   Color of Hair __BROWN__
Age __45__   Height __5'4"__   Weight __135__
Other Features __GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __3/7/2008__

_____       _____
                                 Joseph Vallone
                                 Server's License#: 1100190

2 of 0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2156    AND FILED ON    3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/5/2008__ at __7:31PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES    (herein called
Party Served:   MATTHEW R.C. EVANS, BOARD MEMBER                                          recipient)
At Location:    GRADY ELEMENTARY SCHOOL                                                   therein named.
                50 SOUTH GOODWIN AVENUE
                ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __M__    Color of Skin  __BLACK__    Color of Hair    __BLACK__
Age  __30__   Height  __5'10"__           Weight           __190__
              Other Features                                __GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on ___3/7/2008___

_____       _____
                                Joseph Vallone
                                Server's License#:  1100190

2C/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2156   AND FILED ON   3/4/2008

MICHAEL SENNO

Vs.

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                   ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/5/2008 at 7:30PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES
(recipient) DEBRA B. LAWRENCE, BOARD MEMBER   (herein called

At Location: GRADY ELEMENTARY SCHOOL   therein named.
50 SOUTH GOODWIN AVENUE
ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair    BLONDE
Age  45    Height  5'6"    Weight    150
     Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on   3/7/2008

Joseph Vallone
Server's License#: 1100190

2010