STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2156          AND FILED ON          3/4/2008

MICHAEL SENNO

Vs.                                                    Plaintiff(s)/Petitioner(s)

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )

                                                      )    SS

COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____3/5/2008_____ at _____7:34PM____, deponent did serve the within process as follows:

Process Served:

Party Served:        | SUMMONS AND COMPLAINT |
                     | ELMSFORD UNION FREE SCHOOL DISTRICT |          (herein called recipient)
                                                                           therein named.
At Location:         | GRADY ELEMENTARY SCHOOL |
                     | 50 SOUTH GOODWIN AVENUE |
                     | ELMSFORD NY |

By delivering to and leaving with PETER GIARRIZZO _____ and that deponent knew the person

so served to be the    DISTRICT CLERK

of the corporation and authorized to accept service.,

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M          Color of Skin WH          Color of Hair BROWN

Age 38          Height 5'10"

Weight 200          Other Features MOUSTACHE,BEARD,GLASSES

Sworn to before me on _____3/7/2008_____

_____          _____
                                          Joseph Vallone

                                          Server's License#:   1100190

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2156          AND FILED ON          3/4/2008

| MICHAEL SENNO | |
|---|---|
| | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL | |
| | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                    )
                                                       )  SS
COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____3/5/2008_____ at _____7:33PM_____, deponent did serve the within process as follows:

**Process Served:**
**Party Served:** (recipient)    SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES

BETTY FUNNY-CROSBY, BOARD MEMBER                                    (herein called

**At Location:**    GRADY ELEMENTARY SCHOOL                                    therein named.
                    50 SOUTH GOODWIN AVENUE
                    ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   _FM_    Color of Skin   _BLACK_    Color of Hair          _BLACK_

Age   _50_    Height   _5'6"_    Weight          _165_

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   SHE was not.

Sworn to before me on _____3/7/2008_____

_____          _____
                                          Joseph Vallone
                                          Server's License#:   1100190

2016

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2156          AND FILED ON          3/4/2008

MICHAEL SENNO

Vs.                                                          Plaintiff(s)/Petitioner(s)

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                      )

COUNTY OF WESTCHESTER                                                   )  SS
                                                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____ 3/5/2008 _____ at _____ 3:32PM _____ , deponent did serve the within process as follows:

Process Served:
Party Served:     SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES
recipient)                                                                            (herein called
                  CAROL FRANKS-RANDALL, SUPERINTENDENT
                                                                                      therein named.
At Location:      GRADY ELEMENTARY SCHOOL
                  50 SOUTH GOODWIN AVENUE
                  ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_     Color of Skin  _BLACK_     Color of Hair          _BROWN_

Age  _45_     Height  _5'4"_     Weight          _135_

       Other Features                          _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed  SHE was not.

Sworn to before me on _____ 3/7/2008 _____

_____          _____
                                          Joseph Vallone
                                          Server's License#:  _1100190_

2010

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2156          AND FILED ON          3/4/2008

MICHAEL SENNO

                              Vs.                                          Plaintiff(s)/Petitioner(s)

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

                                                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                              )
                                                                ) SS
COUNTY OF WESTCHESTER                                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____3/5/2008_____ at _____7:31PM_____ deponent did serve the within process as follows:

Process Served:

Party Served:    SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES

recipient)                                                              (herein called

MATTHEW R.C. EVANS, BOARD MEMBER

                                                                        therein named.

At Location:    GRADY ELEMENTARY SCHOOL
                50 SOUTH GOODWIN AVENUE
                ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _M_    Color of Skin  _BLACK_    Color of Hair             _BLACK_

Age    _30_   Height    _5'10"_    Weight          _190_

       Other Features                         _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed  HE was not.

Sworn to before me on          3/7/2008

_____          _____
                                          Joseph Vallone
                                          Server's License#:  _1100190_

2010

STATE OF  NEW YORK                              UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.2156            AND FILED ON            3/4/2008

MICHAEL SENNO

Vs.                                                                                    Plaintiff(s)/Petitioner(s)

ELMSFORD UNION FREE SCHOOL DISTRICT, ET AL

                                                                                       Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                      )
                                                                                          )  SS
COUNTY OF WESTCHESTER                                              )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____3/5/2008_____ at _____7:30PM_____, deponent did serve the within process as follows:

Process Served:
Party Served:      SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILINGS RULES
recipient)                                                                                                      (herein called

                        DEBRA B. LAWRENCE,BOARD MEMBER
                                                                                                                   therein  named.
At Location:       GRADY ELEMENTARY SCHOOL
                        50 SOUTH GOODWIN AVENUE
                        ELMSFORD NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _FM_       Color of Skin    _WH_      Color of Hair                _BLONDE_

Age    _45_       Height    _5'6"_        Weight         _150_

           Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   SHE was not.

Sworn to before me on _____3/7/2008_____

_____                    _____
                                                                        Joseph Vallone

                                                                        Server's License#:   1100190

2010