UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
MICHAEL SENNO,                                    Docket No.: 08 CIV 2156 (WCC)

                Plaintiff,                   STIPULATION

- against -

ELMSFORD UNION FREE SCHOOL DISTRICT, CAROL
FRANKS-RANDALL, individually, BETTY FUNNY-
CROSBY, individually, MATTHEW R. C. EVANS,
individually, and DEBRA B. LAWRENCE, individually,

                Defendants.
———————————————————————X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the defendants' time to answer, appear or move with respect to the above-captioned action is extended to and including April 25, 2008.

Dated: Mineola, New York
       March 25, 2008

**LOVETT & GOULD, LLP**                    **MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

By: _____              By: _____
    Jonathan Lovett (JL-4854)                         Steven C. Stern (SS-2573)
    222 Bloomingdale Road                             240 Mineola Boulevard
    White Plains, NY 10605                            Mineola, New York 11501
    (914) 428-8401                                    (516) 741-7676
    Attorneys for Plaintiff                           Attorney for Defendants

SO-ORDERED:

_____
    U.S.D.J.