Bricant, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL SENNO,

                    Plaintiff,

      - against -

ELMSFORD UNION FREE SCHOOL DISTRICT, CAROL
FRANKS-RANDALL, individually, BETTY FUNNY-
CROSBY, individually, MATTHEW R. C. EVANS,
individually, and DEBRA B. LAWRENCE, individually,

                    Defendants.

-----------------------------------------------------------X

Docket No.: 08 CIV 2156 (WCC)

STIPULATION & ORDER
EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the defendants' time to answer, appear or move with respect to the above-captioned action is extended to and including April 25, 2008.

Dated: Mineola, New York
        March 25, 2008

**LOVETT & GOULD, LLP**

By: _____
Jonathan Lovett (JL-4854)
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401
Attorneys for Plaintiff

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

By: _____
Steven C. Stern (SS-2573)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Attorney for Defendants

SO-ORDERED:

_____
U.S.D.J.

DATED: March 28, 2008